BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

MILBERG LLP
JANINE L. POLLACK
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: 212/594-5300
212/868-1229 (fax)
jpollack@milberg.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANNA ROSALES, and CHARLICE ARNOLD, on Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>FITFLOP USA, LLC,<br><br>Defendant. | Case No.: 11-CV-00973-W (WVG)<br><br><u>CLASS ACTION</u><br><br>FIRST AMENDED CLASS ACTION COMPLAINT FOR:<br><br>1.   VIOLATION OF THE UNFAIR COMPETITION LAW, BUSINESS AND PROFESSIONS CODE §17200 *ET SEQ.*;<br>2.   VIOLATIONS OF CONSUMERS LEGAL REMEDIES ACT, CIVIL CODE §1750 *ET SEQ.*; AND<br>3.   BREACH OF EXPRESS WARRANTY<br><br><u>DEMAND FOR JURY TRIAL</u> |

BLOOD HURST & O'REARDON, LLP

{00033199.V1 }

Plaintiff Arianna Rosales, and Plaintiff Charlice Arnold, on behalf of herself and all others similarly situated, bring this action against defendant FitFlop USA, LLC ("FitFlop" or "Defendant"), and state:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2). The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000 and is a class action in which some of the members of the class of plaintiffs, whose number exceeds 100, are citizens of states different from FitFlop. Further, greater than two-thirds of the class members reside in states other than the state in which FitFlop is a citizen.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391 in that many of the acts and transactions giving rise to this action occurred in this district and because Defendant:

    (a) is authorized to conduct business in this district and has intentionally availed itself of the laws and markets within this district through the promotion, marketing, distribution and sale of its products in this district;

    (b) does substantial business in this district; and

    (c) is subject to personal jurisdiction in this district.

## NATURE OF ACTION

3. Through an extensive, comprehensive, and uniform nationwide marketing campaign, Defendant claims that its expensive FitFlop Footwear (ranging from approximately $50-$240 per pair) with its patent-pending "Microwobbleboard™ Technology" will provide to anyone who wears it a variety of health benefits ordinary footwear cannot provide. Defendant promises that its shoes improve posture, increase muscle activation and toning, and reduce joint strain.[1] For example, the product packaging on FitFlop sandals states: "FitFlop Footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them." Defendant represents that independent studies show that FitFlop Footwear is

---

[1] For purposes of this Complaint, "FitFlop Footwear" or "FitFlop(s)" refers collectively to all past and present men's and women's style sandals, boots, clogs, slippers, and shoes marketed with Defendant's Microwobbleboard™ Technology.

proven to provide these benefits. However, Defendant's health benefit claims are deceptive, and FitFlop Footwear is not proven to provide any of these benefits. To the contrary, FitFlop Footwear may cause or exacerbate the very type of problems Defendant claims its footwear protects against.

4. Defendant's deceptive marketing campaign begins with the products' name - FitFlop - and deceptive trademarked taglines: "GET A WORKOUT WHILE YOU WALK™" and "RELIEF YOU CAN WEAR ON YOUR FEET™." The product name and trademarked taglines imply that FitFlops deliver the specific claimed benefits. Defendant's uniform and extensive advertising campaign builds on this deception.

5. There are no well-designed scientific studies that support Defendant's health benefits claim. As a recent study sponsored by the independent American Council on Exercise concluded, "wearing so-called fitness shoes will have no beneficial effect on exercise intensity or caloric expenditure compared to wearing a regular running shoe. Additionally, there is no evidence that wearing shoes with an unstable sole design will improve muscle strength and tone more than wearing a regular running shoe." *See* John P. Porcari, PhD., *et al.*, *The Physiologic and Electromyographic Responses to Walking in Regular Athletic Shoes Versus "Fitness Shoes"* at 12, *available at* http://www.acefitness.org/getfit/ studies/toningshoes-findings.pdf ("Porcari Report").

6. Despite the deceptive nature of Defendant's claims and assertions, since 2007 Defendant has employed numerous methods to convey its uniform, deceptive messages to consumers. Defendant conveyed and continues to convey its deceptive claims about FitFlop Footwear through a variety of media, including point of sale displays, magazines, newspapers, the internet, social media websites, outdoor billboards, bus wraparounds, and on the products' packaging and hang tags. The only reason a consumer would purchase the premium-priced FitFlop Footwear (as opposed to less expensive, ordinary flip flops/sandals/other footwear) is to obtain the advertised health benefits, which FitFlop Footwear does not actually provide.

BLOOD HURST & O'REARDON, LLP

7. As a result of Defendant's deceptive claims, consumers – including Plaintiffs and the other members of the proposed Class – have purchased a product that does not perform as advertised. Moreover, Defendant has been able to charge a significant price premium for FitFlop Footwear over other traditional, comparable footwear products that do not make deceptive health benefits claims.

8. Plaintiff Rosales brings this lawsuit individually and Plaintiff Arnold brings this lawsuit against Defendant on behalf of herself, and other similarly situated consumers who purchased FitFlop Footwear, in order to halt the dissemination of this deceptive advertising message, correct the false and misleading perception Defendant has created in the minds of consumers, and obtain redress for those who have purchased FitFlop Footwear. Plaintiffs allege violations of the Consumers Legal Remedies Act, the Unfair Competition Law and breach of express warranty created by Defendant's advertising, including its labeling.

**PARTIES**

9. Plaintiff Arianna Rosales is a resident of the state of California. During the time period relevant to this action, Plaintiff Rosales was exposed to Defendant's deceptive labeling and advertising claims, purchased the premium-priced FitFlop Footwear in reliance on the truth of these claims and suffered injury in fact and lost money. In reliance on Defendant's claims, on or about August 20, 2010, at Victoria's Secret, a department store chain located at Imperial Valley Mall in El Centro, California, Plaintiff Rosales purchased a pair of FitFlop sandals for $59.99. If she had known the truth about Defendant's claims she would not have purchased the FitFlop sandals.

10. Plaintiff Charlice Arnold is a resident of the state of California, and resides in this District. During the time period relevant to this action, Plaintiff Arnold was exposed to Defendant's deceptive labeling and advertising claims, purchased the premium-priced FitFlop Footwear in reliance on the truth of these claims and suffered injury in fact and lost money as a result of Defendant's unlawful conduct by purchasing the premium-priced FitFlop Footwear

1    that did not conform to Defendant's promise that FitFlop Footwear would provide toning,

2    posture and muscle activation benefits that ordinary footwear, including ordinary flip flops

3    and sandals, do not provide.  During 2009, Plaintiff Arnold was exposed to Defendant's

4    advertising in a Victoria's Secret catalog, including Defendant's claims that its FitFlop

5    Footwear improves posture, increases muscle activation and toning, and reduces joint strain.

6    Shortly thereafter Plaintiff Arnold purchased two pairs of FitFlop sandals from Victoria's

7    Secret, one predominantly brown pair and another predominantly black and silver pair, for

8    approximately $59.99 each.  If she had known the truth about Defendant's claims she would

9    not have purchased the premium-priced FitFlop sandals.

10          11.    FitFlop USA LLC is a Delaware limited liability company incorporated in New

11    York.  Its standard process address is John Zampino P.C., 405 Lexington Avenue, Suite 5002,

12    New York, New York 10174.  FitFlop USA LLC's parent is FitFlop Limited.  Defendant

13    markets and sells its FitFlop Footwear to consumers in the United States through authorized

14    retailers such as Victoria's Secret, Amazon.com, Zappos.com, Nordstrom's, Macy's.com,

15    Footsmart, and Bliss.  Based upon information and belief, Defendant provided some or all of

16    the FitFlop Footwear advertising to its authorized retailers, and/or Defendant approved or

17    instructed its authorized retailers about how they must advertise and market Defendant's

18    FitFlop Footwear, to be consistent with FitFlop's uniform claims that its footwear tones legs

19    while you walk in it.

20          12.    Plaintiffs are informed and believe, and thus allege, that at all times herein,

21    Defendant's agents, employees, representatives, and/or partners, were acting within the course

22    and scope of such agency, employment, and representation, on behalf of Defendant.

23                       **FACTUAL ALLEGATIONS**

24          13.    Like its competitors in the so-called "toning shoes" footwear market,

25    Defendant claims that instability created by FitFlop Footwear's patent-pending

26    Microwobbleboard™ design (essentially three different densities of foam rubber made of a

27

28

BLOOD HURST & O'REARDON, LLP

chemical called ethylene vinyl acetate ("EVA")), results in increased toning, increased muscle activity, and reduction of joint strain.

14. The following pictures are representative of the footwear offerings from Defendant's Microwobbleboard™ product line, which are all marketed to provide the same health benefits:



15. All styles of FitFlop Footwear that Defendant manufactures, and/or advertises, markets, and sells feature the Microwobbleboard™ technology, which Defendant describes as a three part system comprised of: (1) a high density heel that "absorbs up to 22% more shock to help relieve joint stress;" (2) a low density midsection that "creates instability, which increases leg muscle activation up to 16%;" and (3) a mid density toe cap that "helps maintain speed, pace, and variation" in walking. *See* FitFlop, http://www.fitflop.com/how-they-work/technology/scat/technology/ (last visited July 10, 2011). Defendant uses the following photographic image to illustrate the Microwobbleboard™ design:

BLOOD HURST & O'REARDON, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP



**DEFENDANT'S DECEPTIVE ADVERTISING AND MARKETING**

16.    In June 2007, Defendant began selling its FitFlop Footwear in the United States.    Defendant sells FitFlop Footwear to consumers in the United States through authorized retailers.    Also in 2007, Defendant launched a major advertising campaign to promote FitFlop Footwear.

17.    Defendant uniformly represents that the Microwobbleboard™ technology in all of its FitFlop Footwear allows consumers to "get a workout while you walk" because the shape and density of the soles are "biomechanically engineered" to increase the time that your leg muscles are engaged as compared with ordinary shoes.

18.    Under the "How They Work" page on Defendant's website, http://www.fitflop.com/scat/howtheywork/ (last visited July 1, 2011), which is available to the general public, Defendant states:

FitFlop Footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them.  Studies at the Centre for Human Performance at London South Bank University (LSBU) show that normal walking in FitFlop sandals can help:

- help increase leg and bottom muscle activity (up to 30%) (so you feel less ache in your hips and knees),

- absorb more shock than a normal shoe (up to 22%),

- help realign ground force reaction closer to your joints,

- reduce foot pressure.

19. Defendant's website also links to a longer than four minute video featuring FitFlop Footwear founder Marcia Kilgore and Dr. David Cook, who helped develop the patent-pending Microwobbleboard™ technology, discussing how FitFlop Footwear works. Defendant's website is available to the general public. *See id., also available at* http://www.youtube.com/watch?v=q3uZlnKeCxc&feature=player_embedded.

20. Throughout the relevant time period, Defendant has marketed all of its FitFlop Footwear using similar and deceptive advertising and packaging, conveying a substantially similar message about health benefits that FitFlop Footwear purportedly provides.

21. Defendant makes the deceptive health benefits claims in hang tags attached to each pair of FitFlop Footwear, such as the following:



BLOOD HURST & O'REARDON, LLP



22.     Defendant repeats the deceptive statements in its online advertisements. The following is an example of an online advertisement from Defendant's website on "FitFlop benefits":



23.     Defendant deceptively claims on its website that FitFlop Footwear can help: (a) "realign ground force reaction closer to your joints"; (b) "increase leg and bottom muscle activity (up to 30%);" and (c) relieve ache in your hips and knees, citing a test comparing FitFlop sandals to a control shoe.   *See* FitFlop, http://www.fitflop.com/how-they-work/benefits/scat/benefitsforwomen/ (last visited July 1, 2011).

24.     Defendant's print advertisements contain substantially similar deceptive messages about the ability of FitFlop Footwear to provide health benefits. The following print advertisement is illustrative, representing that walking in FitFlop sandals results in 19% more quadricep activation, 30% longer bottom muscle activation, and 16% more hamstring activation:



Blood Hurst & O'Reardon, LLP

BLOOD HURST & O'REARDON, LLP

25.     Throughout Defendant's Internet and print advertisements it claims that these health benefits are the result of FitFlop Footwear's Microwobbleboard™ technology.

26.     All of Defendant's advertisements convey the same message that Defendant's FitFlop Footwear provides increased muscle toning over traditional footwear simply by walking in it. For example, FitFlop advertising states: "FitFlops feature patent-pending Microwobbleboard™ technology so every step you take in your FitFlops helps tone and trim your legs."



27.     Similarly, another print advertisement claims that FitFlop Footwear can "Tone ... your leg and bottom muscles more every single time you take a step."



28.     The marketing for men's and women's FitFlop Footwear conveys substantially the same message. For example, Defendant states that each of its men's FitFlop Footwear provides the same "Benefits":

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

- **reduce hip joint stress (up to 8%),**

- **reduce knee joint stress (up to 20%),**

- **reduce ankle joint force (up to 11% ),**

- **reduce foot pressure concentration\***."[2]

*       *       *

* When compared to a control shoe.  Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr. David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank Univeristy (LSBU).

29.     Defendant also states that each of its women's FitFlop Footwear provides similar **"Benefits"**:

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them.  Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

- **help increase leg and bottom muscle activity (up to 30%),**

- **absorb more shock than a normal shoe (up to 22% ),**

- **help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees), reduce foot pressure**."[3]

---

[2]     *See* Exhibit A attached (representative collection of Defendant's "Benefits" advertising for men's footwear).

[3]     *See* Exhibit B attached (representative collection of Defendant's "Benefits" advertising for women's footwear).

BLOOD HURST & O'REARDON, LLP

{00033199.V1}

\*        \*        \*

\* When compared to a control shoe.  Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr. David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank Univeristy (LSBU).

30.     Defendant's print and website advertisements reinforce its health benefits message by using at least one purported doctor endorsement:

"The FitFlop shoe is a hybrid shoe that allows a more natural form of walking giving both comfort and improved performance in the calf and hip muscle groups in comparison to a training shoe."

- Dr. Phillip Graham-Smith

31.     Through its labeling and advertising statements concerning its FitFlop Footwear – including those referenced above – Defendant has uniformly conveyed one message: that Defendant's products provide increased muscle activation over traditional footwear, resulting in increased muscle toning and related health benefits simply by walking in them.

### THERE IS NO ADEQUATE SUPPORT FOR DEFENDANT'S DECEPTIVE REPRESENTATIONS

32.     Defendant claims that FitFlop Footwear's major health benefits have been shown in clinical studies.  For example, on its fitflop.com website, Defendant states: Studies at the Centre for Human Performance at London South Bank University ("LSBU Study") show that normal walking in FitFlop sandals can help: (a) "increase leg and bottom muscle activity (up to 30%). (so you feel less ache in your hips and knees);" (b) "absorb more shock than a normal shoe (up to 22%);" (c) "help realign ground force reaction closer to your joints;" and (d) "reduce foot pressure and pain from heel spurs and plantar fasciitis." *See* FitFlop, http://www.fitflop.com/scat/ howtheywork (last visited July 1, 2011).

33.     Defendant also states that Dr. Philip Graham-Smith and Richard Jones of Salford University independently tested the health benefits of FitFlop Footwear.  *See* FitFlop, http://www.fitflop.com/how-they-work/research/scat/researchresults/ (last visited July 1, 2011) ("Salford Study").

BLOOD HURST & O'REARDON, LLP

BLOOD HURST & O'REARDON, LLP

34.     None of these studies, however, is reliable scientific or clinical proof.  Neither the LSBU study nor the Salford Study has been published in peer-review journals.  Defendant also has not made either of the studies publicly available, including on its website.  Furthermore, the LSBU study was conducted by the developers of the Microwobbleboard™ technology, Dr. David Cook and Darren James.

35.     Contrary to Defendant's statements about the increased muscle activation effect of its FitFlop Footwear, walking in Defendant's FitFlop Footwear provides no greater amount of muscle activation or exercise response than walking in ordinary footwear.  Indeed, clinical evidence suggests that Defendant's claims regarding the FitFlop Footwear are deceptive and that wearing FitFlop products could result in harm to the wearer.

36.     For example, two studies funded by the American Council on Exercise by the Departments of Physical Therapy and Exercise and Sports Science of the University of Wisconsin-La Crosse compared exercise response rates and muscle activation rates from walking in three popular varieties of toning shoe (referred to in the study as "fitness shoes"), against walking in regular athletic shoes.  The American Council on Exercise publicized the results of this study on its website through a news article released in August 2010, http://www.acefitness.org/certifiednewsarticle/720/will-toning-shoes-really-give-you-a-betterbody/ (last visited July 1, 2011).

37.     One of these recent studies "found no evidence that walking in fitness shoes had any positive effect on exercise heart rate, oxygen consumption, or caloric expenditure compared to walking in a regular running shoe."  *See* Porcari Report at 11.  In fact, it found "no significant differences in muscle activation levels for any of the muscles tested between any of the shoe conditions."  *Id*. at 12.  The "muscles tested" included muscles from the buttocks (gluteus maximus), calf (gastrocnemius) and hamstring (biceps femoris) muscle groups.  *See id*. at 6.

38.     The Porcari Report concluded that "wearing so called fitness shoes will have no beneficial effect on exercise intensity or caloric expenditure compared to wearing a regular

running shoe.  Additionally, there is no evidence that wearing shoes with an unstable sole design will improve muscle strength and tone more than wearing a regular running shoe."  *Id.* at 12.

39.   As Dr. Porcari stated, "Don't buy these shoes because of the claims that you're going to tone your butt more or burn more calories.  That's absolutely wrong[.]"  American Council on Exercise, http://www.acefitness.org/getfit/studies/toningshoes072010.pdf (last visited Apr. 27, 2011).

40.   Moreover, one published study conducted to determine the effectiveness of unstable shoe construction (rocker bottom shoes) on reducing pain and increasing balance in persons with knee osteoarthritis found that there was no significant difference between the test group that wore an unstable shoe construction and the control group in either pain reduction or increased balance.  Benno M. Nigg *et al.*, *Unstable Shoe Construction and Reduction of Pain in Osteoarthritis Patients,* Medicine & Science in Sports & Exercise (2006)(peer-reviewed clinical evidence).

41.   To further reinforce the appearance that its claims are legitimate and that the FitFlop Footwear is different from ordinary footwear, Defendant consistently represents that its product line has "the backing of the medical profession ... from top physiotherapists to leading podiatrists."  Press Release, *FitFlop Shoes – Can They Be Beaten?* (Oct. 12, 2010), http://www.openpr.com/news/147560/FitFlop-Shoes-Can-They-Be-Beaten.html (last visited July 1, 2011).

42.   This representation is deceptive.  In fact, many notable physicians and podiatrists do not endorse FitFlop Footwear.  For example, the president of the American Academy of Podiatric Sports Medicine stated that toning shoes pose "major risks, especially for adults.  Creating instability, on adults especially is not a good thing."[4]  Likewise, Lisa

---

[4]    Amber Smith, *Can Easytone, Fitflops, Trim Treads or Other Shoes Tone Your Body,* Syracuse Blog (Aug. 24, 2010), http://blog.syracuse.com/cny/2010/08/ can_easytone_fitflops_trimtreads_or_other_shoes_tone_your_body.html (last visited Apr. 27, 2011).

BLOOD HURST & O'REARDON, LLP

Callahan, a sports medicine doctor at New York's Hospital for Special Surgery, said "there's just nothing magical about a [toning] shoe like this."[5]  In a Newsweek article, "Hyping Hope," Doug Gurley, an orthopedic surgeon and sports-medicine specialist at the San Juan Regional Medical Center in Farmington, N.M., says he's "highly suspicious" of the claim that destabilizing the foot has any health or fitness benefit.[6]

43.    In furtherance of its deceptive advertising, Defendant also claims on its website and advertising materials that FitFlop sandals have "been approved by the American Podiatric Medical Association- APMA."  However, the APMA Seal of Acceptance only means the shoes "allow for the most normal foot function and promote quality health."  The APMA does not endorse the shoes' "toning capabilities" as Defendant's website deceptively implies.

44.    Even though walking in Defendant's FitFlop Footwear offers no greater benefit in toning or muscle activation than walking in a traditional (and lower-priced) walking shoe, FitFlop Footwear has been a huge commercial success for Defendant: "FitFlop ha[s] been the top selling fitness Footwear brand since their launch a few years ago."  *See, e.g.*, Press Release, *Customers Are Getting Excited About FitFlops Spring 2011 Collection* (Nov. 12, 2010), *available at* http://express-press-release.net/79/Customers-Getting-Excited-About-FitFlops-Spring-2011-Collection-54891029.php (last visited July 1, 2011).  Indeed, the press release stated that the winter range of women's boots offered by Defendant was "literally selling out." *Id.*

45.    From June 2007 to July 2008, Defendant sold more than 1.5 million pairs of FitFlops in the United States.  *See* Eamon McNiff and Ann Varney, *Flops That Make You Fit? '20/20' Tries Out the FitFlop*, ABC News, July 9, 2008, *available at* http://abcnews.go.com/Health/story?id=5246637&page=1 (last visited July 1, 2011).  According to Defendant's

---

[5]    *Flops That Make You Fit? '20/20' Tries Out the FitFlop*, (ABC Television Broadcast July 9, 2008), *available at* http://www.youtube.com/watch?v=xaY_15HLmts (last visited Apr. 27, 2011).

[6]    Kendyl Salcito, *Hyping Hope*, Newsweek, July 26, 2007, *available at* http://www.newsweek.com/2007/07/25/hyping-hope.html.

BLOOD HURST & O'REARDON, LLP

facebook website, over 6 million pairs of FitFlops have been sold since their launch in May 2007.[7]

46.     Based upon the purported significant health benefits conveyed in its marketing and advertising, Defendant is able to price FitFlop Footwear at a premium to other similar "non-toning" footwear.  In fact, the approximate $60.00 retail price of FitFlop sandals is roughly double the price of other "non-toning" flip flops sold by competitors.

### CLASS DEFINITION AND ALLEGATIONS

47.     Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, Plaintiff Arnold brings this action on behalf of herself and members of a Class defined as:

> All persons who purchased Defendant's FitFlop Footwear until the date notice is provided to the Class.  Excluded from the Class are Defendant and its officers, directors and employees, and those who purchased FitFlop Footwear for the purpose of resale or who assert claims for personal injury.

48.     ***Numerosity***.  The members of the Class are so numerous that joinder of all members of the Class is impracticable.  Plaintiff Arnold is informed and believes that the proposed Class contains thousands of purchasers of FitFlop Footwear who have been damaged by Defendant's conduct as alleged herein.  The precise number of Class members is unknown to Plaintiff Arnold.  The true number of Class members is known by the Defendant, however, and thus potential Class members may be notified of the pendency of this action by first class mail, electronic mail, and/or published notice.

49.     ***Existence and Predominance of Common Questions of Law and Fact***.  This action involves common questions of law and fact, which predominate over any questions affecting individual Class members.  Common questions of law and fact include, but are not limited to, the following:

(a)     whether Defendant had adequate substantiation for its claims prior to making them;

---

[7]     *See* http://www.facebook.com/FitFlopUSA#!/FitFlopUSA?sk=info (last visited July 1, 2011).

BLOOD HURST & O'REARDON, LLP

(b) whether the claims discussed above are true, or are misleading, or reasonably likely to deceive;

(c) whether Defendant's alleged conduct violates public policy;

(d) whether the alleged conduct constitutes violations of the laws asserted;

(e) whether Defendant engaged in false or misleading advertising;

(f) whether Plaintiff Arnold and Class members have sustained monetary loss and the proper measure of that loss; and

(g) whether Plaintiff Arnold and Class members are entitled to injunctive relief.

50. *Typicality*. Plaintiff Arnold's claims are typical of the claims of the members of the Class because, *inter alia*, all Class members were injured through the uniform misconduct described above, were subject to Defendant's deceptive statements, including deceptive claims that accompanied each and every pair of FitFlop Footwear sold. Plaintiff Arnold is advancing the same claims and legal theories on behalf of herself and all members of the Class.

51. *Adequacy of Representation*. Plaintiff Arnold will fairly and adequately protect the interests of the members of the Class. Plaintiff Arnold has retained highly competent counsel and experienced class action attorneys to represent her interests and that of the Class. Plaintiff Arnold and her counsel have the necessary financial resources to adequately and vigorously litigate this class action. Plaintiff Arnold has no adverse or antagonistic interests to those of the Class. Plaintiff Arnold is willing and prepared to serve the Court and the Class members in a representative capacity with all of the obligations and duties material thereto and is determined to diligently discharge those duties by vigorously seeking the maximum possible recovery for Class members.

52. *Superiority*. A class action is superior to other available means for the fair and efficient adjudication of this controversy since individual joinder of all Class members is impracticable. The damages or other financial detriment suffered by individual Class

BLOOD HURST & O'REARDON, LLP

{00033199.V1}

17

members is relatively small compared to the burden and expense that would be entailed by individual litigation of their claims against the Defendant. It would thus be virtually impossible for the Class, on an individual basis, to obtain effective redress for the wrongs done to them. Furthermore, even if Class members could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances here.

53.    Unless a Class is certified, Defendant will retain monies received as a result of its conduct that were taken from Plaintiff Arnold and Class members. Unless a Class-wide injunction is issued, Defendant will continue to commit the violations alleged, and the members of the Class and the general public will continue to be deceived.

### COUNT I

### Violation of Business & Professions Code §17200, *et seq.*

54.    Plaintiffs repeat and reallege the allegations contained in the paragraphs above, as if fully set forth herein.

55.    Plaintiff Rosales brings this claim individually and Plaintiff Arnold brings this claim individually and on behalf of the Class.

56.    As alleged herein, Plaintiffs have suffered injury in fact and lost money or property as a result of Defendant's conduct because they purchased FitFlop Footwear in reliance of Defendant's claims detailed above, but did not receive a product containing the toning and other benefits detailed above.

57.    The Unfair Competition Law, Business & Professions Code §17200, *et seq.* ("UCL"), prohibits any "unlawful," "fraudulent" or "unfair" business act or practice and any false or misleading advertising. In the course of conducting business, Defendant committed

BLOOD HURST & O'REARDON, LLP

18

unlawful business practices by, *inter alia*, making the representations (which also constitutes advertising within the meaning of §17200) and omissions of material facts, as set forth more fully herein, and violating Civil Code §§1572, 1573, 1709, 1711, 1770, Business & Professions Code §§17200, *et seq.*, 17500, *et seq.*, California Health & Safety Code §110390, *et seq.*, 21 U.S.C. §301, *et seq.,* and the common law.

58. Plaintiffs and the Class reserve the right to allege other violations of law which constitute other unlawful business acts or practices. Such conduct is ongoing and continues to this date.

59. Defendant's actions also constitute "unfair" business acts or practices because, as alleged above, *inter alia*, Defendant engages in false advertising, misrepresents and omits material facts regarding its FitFlop Footwear, and thereby offends an established public policy, and engages in immoral, unethical, oppressive, and unscrupulous activities that are substantially injurious to consumers.

60. As stated in this Complaint, Plaintiffs allege violations of consumer protection, unfair competition and truth in advertising laws, resulting in harm to consumers. Defendant's acts and omissions also violate and offend the public policy against engaging in false and misleading advertising, unfair competition and deceptive conduct towards consumers. This conduct constitutes violations of the unfair prong of Business & Professions Code §17200, *et seq.*

61. There were reasonably available alternatives to further Defendant's legitimate business interests, other than the conduct described herein.

62. Business & Professions Code §17200, *et seq.*, also prohibits any "fraudulent business act or practice."

63. Defendant's actions, claims, nondisclosures, and misleading statements, as alleged in this Complaint, were false, misleading and likely to deceive the consuming public within the meaning of Business & Professions Code §17200, *et seq.*

{00033199.V1}

BLOOD HURST & O'REARDON, LLP

64. Plaintiffs and other members of the Class have in fact been deceived as a result of their reliance on Defendant's material representations and omissions, which are described above. This reliance has caused harm to Plaintiffs and other members of the Class who each purchased Defendant's FitFlop Footwear. Plaintiffs and the other Class members have suffered injury in fact and lost money as a result of these unlawful, unfair, and fraudulent practices.

65. As a result of its deception, Defendant has been able to reap unjust revenue and profit.

66. Unless restrained and enjoined, Defendant will continue to engage in the above-described conduct. Accordingly, injunctive relief is appropriate.

67. Plaintiff Rosales, individually, and Plaintiff Arnold, on behalf of herself, all others similarly situated, and the general public, seek restitution and disgorgement of all money obtained from Plaintiffs and the members of the Class collected as a result of unfair competition and all other relief this Court deems appropriate, consistent with Business & Professions Code §17203.

## COUNT II

### Violations of the Consumers Legal Remedies Act –
### Civil Code §1750 *et seq.*

68. Plaintiffs repeat and reallege the allegations contained in the paragraphs above, as if fully set forth herein.

69. Plaintiff Rosales brings this claim individually and Plaintiff Arnold brings this claim individually and on behalf of the Class.

70. This cause of action is brought pursuant to the Consumers Legal Remedies Act, California Civil Code §1750, *et seq.* (the "Act"). Plaintiffs are consumers as defined by California Civil Code §1761(d). Defendant's FitFlop Footwear is a good within the meaning of the Act.

BLOOD HURST & O'REARDON, LLP

71.     Defendant violated the Act by engaging in the following practices proscribed by California Civil Code §1770(a) in transactions with Plaintiffs and the Class which were intended to result in, and did result in, the sale of FitFlop Footwear:

(5)     Representing   that   [FitFlop   Footwear   has] . . .   approval, characteristics, . . . uses [or] benefits . . . which [it does] not have . . . .

\*        \*        \*

(7)     Representing that [FitFlop Footwear is] of a particular standard, quality or grade . . . if [it is] of another.

\*        \*        \*

(9)     Advertising goods . . . with intent not to sell them as advertised.

\*        \*        \*

(16)    Representing that [FitFlop Footwear has] been supplied in accordance with a previous representation when [it has] not.

72.     Defendant violated the Act by representing through its advertisements FitFlop Footwear as described above when it knew, or should have known, that the representations and advertisements were unsubstantiated, false and misleading.

73.     Pursuant to California Civil Code §1782(d), Plaintiffs and the Class seek a Court order enjoining the above-described wrongful acts and practices of Defendant and for restitution and disgorgement.

74.     Pursuant to §1782 of the Act, by letter dated May 4, 2011, Defendant was notified in writing by certified mail of the particular violations of §1770 of the Act, which notice demanded that Defendant rectify the problems associated with the actions detailed above and give notice to all affected consumers of its intent to so act.

75.     Defendant has failed to rectify or agree to rectify the problems associated with the actions detailed above and give notice to all affected consumers within 30 days of the date of written notice pursuant to §1782 of the Act.  Therefore, Plaintiffs further seek claims for actual, punitive and statutory damages, as appropriate.

76.     Defendant's conduct is malicious, fraudulent and wanton.

BLOOD HURST & O'REARDON, LLP

77. Pursuant to §1780(d) of the Act, attached hereto as Exhibit C is the affidavit showing that this action has been commenced in the proper forum.

**COUNT III**

**Breach of Express Warranty**

78. Plaintiffs repeat and reallege the allegations contained in the paragraphs above, as if fully set forth herein.

79. Plaintiff Rosales brings this claim individually and Plaintiff Arnold brings this claim individually and on behalf of the Class.

80. Plaintiffs, and each member of the Class, formed a contract with Defendant at the time Plaintiffs and the other members of the Class purchased FitFlop Footwear. The terms of that contract include the promises and affirmations of fact made by Defendant on its FitFlop Footwear packaging and product hang tags, and through the FitFlop Footwear marketing campaign, as described above. This product packaging and advertising constitutes express warranties, became part of the basis of the bargain, and is part of a standardized contract between Plaintiffs and the members of the Class on the one hand, and Defendant on the other.

81. All conditions precedent to Defendant's liability under this contract have been performed by Plaintiffs and the Class.

82. Defendant breached the terms of this contract, including the express warranties, with Plaintiffs and the Class by not providing FitFlop Footwear that could provide the benefits described above. Such express warranties breached by Defendant include the FitFlop Footwear representations set forth above in ¶¶ 4, 9-10, 15, 17-18, 21-24, and 26-30, as well as in Exhibits A and B attached to this Complaint.

83. As a result of Defendant's breach of its contract, Plaintiffs and the Class have been damaged in the amount of the purchase price of the FitFlop Footwear they purchased.

**PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for a judgment:

BLOOD HURST & O'REARDON, LLP

A.      Certifying the Class as requested herein;

B.      Awarding Plaintiffs and the proposed Class members damages;

C.      Awarding restitution and disgorgement of Defendant's revenues to Plaintiffs and the proposed Class members;

D.      Awarding injunctive relief as permitted by law or equity, including: enjoining Defendant from continuing the unlawful practices as set forth herein, and directing Defendant to identify, with Court supervision, victims of its conduct and pay them restitution and disgorgement of all monies acquired by Defendant by means of any act or practice declared by this Court to be wrongful;

E.      Ordering Defendant to engage in a corrective advertising campaign;

F.      Awarding attorneys' fees and costs;

G.      Awarding pre-judgment and post-judgment interest at the legal rate; and

H.      Providing such further relief as may be just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Dated: July 15, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)

By:        /s Timothy G. Blood
        TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BLOOD HURST & O'REARDON, LLP

{00033199.V1}

23

BLOOD HURST & O'REARDON, LLP

1

2

MILBERG LLP
JANINE L. POLLACK
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: 212/594-5300
212/868-1229 (fax)
jpollack@milberg.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
TODD D. CARPENTER (CA 234464)
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone:  619/756-7095
602/798-5860 (fax)
tcarpenter@bffb.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN
PATRICIA N. SYVERSON (CA 203111)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012-3311
Telephone:  602/274-1100
602/798-5860 (fax)
eryan@bffb.com
psyverson@bffb.com

SHEPHERD FINKELMAN MILLER
  & SHAH LLP
JAMES C. SHAH
JAYNE A. GOLDSTEIN
35 East State Street
Media, PA 19063
Telephone: 610/891-9880
610/891-9883 (fax)
jshah@sfmslaw.com
jgoldstein@sfmslaw.com

EDGAR LAW FIRM, LLC
JOHN F. EDGAR
ANTHONY E. LACROIX
1032 Pennsylvania Avenue

Kansas City, MO 64105
Telephone: 816/531-0033
816/531-3322 (fax)
jfe@edgarlawfirm.com
tel@edgarlawfirm.com

Attorneys for Plaintiffs

BLOOD HURST & O'REARDON, LLP

{00033199.V1}

25

Exhibit A

 **GET A WORKOUT WHILE YOU WALK**™

HOME > MENS > SHOES & CLOGS > FF SUPERTONE M (LEATHER)

**FF Supertone M (Leather)**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET**™

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details



**£90.00**



**GET A WORKOUT WHILE YOU WALK"**

HOME > MENS > SHOES & CLOGS > FF SUPERTONE™ M (NUBUCK)

## FF Supertone™ M (Nubuck)



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**
**reduce knee joint stress (up to 20%),**
**reduce ankle joint force (up to 11%),**
**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£90.00**



**GET A WORKOUT WHILE YOU WALK®**

HOME > MENS > SHOES & CLOGS > MEN'S GOGH™ (LEATHER)

**Men's Gogh™ (Leather)**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone
and tighten your leg muscles while you walk in them. Studies
at the Centre for Human Performance at LSBU show that
normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity
in terms of duration and workload and instigates a more active
foot profile. As such, we recommend that all FITFLOP footwear
be used progressively to avoid excessive muscle soreness. If
you;
a) have any health concerns which you suspect may be
aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them,
please consult a medical practitioner before starting or
continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on
Microwobbleboard technology over a forty-eight month period by Dr David
Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for
Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£85.00**





**GET A WORKOUT WHILE YOU WALK"**

HOME > MENS > SHOES & CLOGS > MEN'S GOGH™ (SUEDE)

**Men's Gogh™ (Suede)**



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£75.00**



GET A WORKOUT WHILE YOU WALK™

HOME > MENS > SANDALS > DASS

## Dass

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**\*\*.

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

\*\*Please visit our research page for more details



**£50.00**



**GET A WORKOUT WHILE YOU WALK™**

HOME > MENS > SANDALS > DASS

**Dass**



| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**
**reduce knee joint stress (up to 20%),**
**reduce ankle joint force (up to 11%),**
**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£50.00**



**GET A WORKOUT WHILE YOU WALK"**

HOME > MENS > SANDALS > DASS

**Dass**



| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone
and tighten your leg muscles while you walk in them. Studies
at the Centre for Human Performance at LSBU show that
normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**\*.

FITFLOP footwear has the potential to increase muscle activity
in terms of duration and workload and instigates a more active
foot profile. As such, we recommend that all FITFLOP footwear
be used progressively to avoid excessive muscle soreness. If
you;
a) have any health concerns which you suspect may be
aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them,
please consult a medical practitioner before starting or
continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on
Microwobbleboard technology over a forty-eight month period by Dr David
Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for
Human Performance at London South Bank University (LSBU).

**Please visit our *research* page for more details

**£50.00**



**GET A WORKOUT WHILE YOU WALK***

HOME > MENS > SANDALS > MEN'S GOGH™ SLIDE

**Men's Gogh™ Slide**



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**

**reduce knee joint stress (up to 20%),**

**reduce ankle joint force (up to 11%),**

**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£85.00**



**GET A WORKOUT WHILE YOU WALK**

HOME > MENS > SANDALS > FREEWAY™

### Freeway™



| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**RELIEF YOU CAN WEAR ON YOUR FEET™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk in them. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**reduce hip joint stress (up to 8%),**
**reduce knee joint stress (up to 20%),**
**reduce ankle joint force (up to 11%),**
**reduce foot pressure concentration**.**

FITFLOP footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**Please visit our research page for more details

**£60.00**

Exhibit B



**GET A WORKOUT WHILE YOU WALK™**

HOME > WOMENS > SANDALS > GOGH™ SLIDE LEATHER

### Gogh™ Slide Leather



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£70.00**



**GET A WORKOUT WHILE YOU WALK***

HOME > WOMENS > SANDALS > FIORELLA™

**Fiorella™**



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£75.00**



GET A WORKOUT WHILE YOU WALK"

HOME > WOMENS > SANDALS > HOOPER™

**Hooper™**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK**™

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£60.00**





**GET A WORKOUT WHILE YOU WALK®**

HOME > WOMENS > SANDALS > PIETRA™ (LEATHER)

### Pietra™ (Leather)

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£60.00**



GET A WORKOUT WHILE YOU WALK"

HOME > WOMENS > SANDALS > PIETRA™

**Pietra™**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).



**£50.00**



GET A WORKOUT WHILE YOU WALK®

HOME > WOMENS > SANDALS > ROCK CHIC™

## Rock Chic™

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals® can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).



**£180.00**



GET A WORKOUT WHILE YOU WALK"

HOME > WOMENS > SANDALS > WALKSTAR™ 3 (PATENT)

**Walkstar™ 3 (Patent)**



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£45.00**



**GET A WORKOUT WHILE YOU WALK"**

HOME > WOMENS > SANDALS > WALKSTAR™ 3 (LEATHER)

## Walkstar™ 3 (Leather)



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£45.00**

 **GET A WORKOUT WHILE YOU WALK™**

HOME > WOMENS > SANDALS > OASIS™ 2

## Oasis™ 2

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them, and/or
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).



**£40.00**



**GET A WORKOUT WHILE YOU WALK"**

HOME > WOMENS > SANDALS > WALKSTAR™

**Walkstar™**



| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone
and tighten your leg muscles while you walk. Studies at the
Centre for Human Performance at LSBU show that normal
walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to
30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints
(so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle
activity in terms of duration and workload and instigates a
more active foot profile. As such, we recommend that all
FITFLOP footwear be used progressively to avoid excessive
muscle soreness. If you;
a) have any health concerns which you suspect may be
aggravated by wearing them,
b) experience any discomfort as a result of wearing them,
and/or
c) are pregnant, please consult a medical practitioner before
starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on
Microwobbleboard technology over a forty-eight month period by Dr David
Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for
Human Performance at London South Bank University (LSBU).

**£36.00**

Case 3:11-cv-00973-W -WVG Document 10 Filed 07/15/11 Page 48 of 59

 **GET A WORKOUT WHILE YOU WALK™**

HOME > WOMENS > SANDALS > HYKA™

**Hyka™**



| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£60.00**



**GET A WORKOUT WHILE YOU WALK®**

HOME > WOMENS > SHOES & CLOGS > FF SUPERTONE™ (SUEDE)

## FF Supertone™ (Suede)

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

**help increase leg and bottom muscle activity (up to 30%),**

**absorb more shock than a normal shoe (up to 22%),**

**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**

**reduce foot pressure.**

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
and/or
b) experience any discomfort as a result of wearing them,
and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

£80.00





| GET A WORKOUT WHILE YOU WALK™ |

## FF Supertone™ (Leather)

| Product Info | Benefits | Sizing | Technology | Care |
| --- | --- | --- | --- | --- |

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).



**£85.00**



**GET A WORKOUT WHILE YOU WALK™**

HOME > WOMENS > SHOES & CLOGS > HAPPY GOGH™

### Happy Gogh™



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
and/or
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£80.00**



**GET A WORKOUT WHILE YOU WALK®**

HOME > WOMENS > SHOES & CLOGS > GOGH™ (LEATHER)

**Gogh™ (Leather)**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone
and tighten your leg muscles while you walk. Studies at the
Centre for Human Performance at LSBU show that normal
walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to
30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints
(so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle
activity in terms of duration and workload and instigates a
more active foot profile. As such, we recommend that all
FITFLOP footwear be used progressively to avoid excessive
muscle soreness. If you;
a) have any health concerns which you suspect may be
aggravated by wearing them,
b) experience any discomfort as a result of wearing them,
and/or
c) are pregnant, please consult a medical practitioner before
starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on
Microwobbleboard technology over a forty-eight month period by Dr David
Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for
Human Performance at London South Bank University (LSBU).

**£85.00**





**GET A WORKOUT WHILE YOU WALK"**

HOME > WOMENS > SHOES & CLOGS > GOGH™ (SUEDE)

## Gogh™ (Suede)

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FITFLOP. GET A WORKOUT WHILE YOU WALK™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop sandals* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

FITFLOP™ footwear has the potential to increase muscle activity in terms of duration and workload and instigates a more active foot profile. As such, we recommend that all FITFLOP footwear be used progressively to avoid excessive muscle soreness. If you;
a) have any health concerns which you suspect may be aggravated by wearing them,
b) experience any discomfort as a result of wearing them, and/or
c) are pregnant, please consult a medical practitioner before starting or continuing to wearing FitFlop footwear.

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).



**£65.00**



**GET A WORKOUT WHILE YOU WALK"**

HOME > WOMENS > BOOTS > ORIGINAL MUKLUK™

**Original Mukluk™**

| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FitFlop. Get a workout while you walk™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop footwear* can help:

help increase leg and bottom muscle activity (up to 30%),

absorb more shock than a normal shoe (up to 22%),

help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),

reduce foot pressure.

See Benefits for Women

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£135.00**



 GET A WORKOUT WHILE YOU WALK"

HOME > WOMENS > BOOTS > LEATHER MUKLUK™

**Leather Mukluk™**



| Product Info | Benefits | Sizing | Technology | Care |
|---|---|---|---|---|

**FitFlop. Get a workout while you walk™**

FitFlop footwear is biomechanically engineered to help tone and tighten your leg muscles while you walk. Studies at the Centre for Human Performance at LSBU show that normal walking in FitFlop footwear* can help:

**help increase leg and bottom muscle activity (up to 30%),**
**absorb more shock than a normal shoe (up to 22%),**
**help realign ground force reaction closer to your joints (so you feel less ache in your hips and knees),**
**reduce foot pressure.**

See Benefits for Women

*When compared to a control shoe. Case studies were performed on Microwobbleboard technology over a forty-eight month period by Dr David Cook, Senior Lecturer in Biomechanics, and Darren James at the Centre for Human Performance at London South Bank University (LSBU).

**£150.00**

# EXHIBIT C

BLOOD HURST & O'REARDON, LLP

1   BLOOD HURST & O'REARDON, LLP
    TIMOTHY G. BLOOD (149343)
2   LESLIE E. HURST (178432)
    THOMAS J. O'REARDON II (247952)
3   600 B Street, Suite 1550
    San Diego, CA 92101
4   Telephone: 619/338-1100
    619/338-1101 (fax)
5   tblood@bholaw.com
    lhurst@bholaw.com
6   toreardon@bholaw.com

7   MILBERG LLP
    JANINE L. POLLACK
8   One Pennsylvania Plaza, 49th Floor
    New York, New York 10119
9   Telephone: 212/594-5300
    212/868-1229 (fax)
10  jpollack@milberg.com

11  Attorneys for Plaintiff

12  [Additional counsel appear on signature page.]

13

14              UNITED STATES DISTRICT COURT

15            SOUTHERN DISTRICT OF CALIFORNIA

16  ARIANNA ROSALES, and CHARLICE      | Case No.:
    ARNOLD, On Behalf of Herself, All  |
17  Others Similarly Situated and the General | CLASS ACTION
    Public,                            |
18                                     | AFFIDAVIT OF THOMAS J. O'REARDON II
                    Plaintiff,         | PURSUANT TO CALIFORNIA CIVIL CODE
19                                     | §1780(d)
            v.                         |
20                                     | DEMAND FOR JURY TRIAL
    FITFLOP USA, LLC,                  |
21                                     |
                    Defendant.         |
22

23

24

25

26

27

28

I, THOMAS J. O'REARDON II, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiff in the above-entitled action.

2.      Defendant FitFlop USA, LLC has done and is doing business in San Diego County.  Such business includes the marketing and sale of its FitFlop Footwear.  Furthermore, plaintiff Charlice Arnold resides in this District.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 15th day of July, 2011, at San Diego, California.

/s Thomas J. O'Reardon II

THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP

00029898

1

1

BLOOD HURST & O'REARDON, LLP

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 15, 2011.

s/Timothy G. Blood

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
svogel@bholaw.com