Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

FILED
MAY 27 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Name of United States District Court for the **SOUTHERN DISTRICT OF CALIFORNIA**

Case Number **3:11-CV-00973-W**

**ROSALES**, Plaintiff,

v.      **NOTICE OF APPEAL**

**FITFLOP USA, LLC**, Defendant.

Notice is hereby given that **MICHAEL NARKIN, OBJECTOR** (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **ORDER GRANTING** (from the final judgment) ((from an order) (describe the order)) entered in this action on **4-28-2014** (date).

**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

*Michael Narkin*, Pro Se
(Signature of appellant or attorney)

85391 Chezem Rd.
Eugene, OR 97405
(Address of appellant or attorney)

541-852-5507

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

109

Nankin
85391 CA
Eugene, OR 97405

U.S. POSTAGE
PAID
EUGENE, OR
97402
MAY 21, '14
AMOUNT
$1.40
1000  92101  00034131-09

Clerk of the U.S. District Court
for the Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101



RECEIVED IN
INTAKE
MAY 27 2014