Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis

**FILED**

MAY 27 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ROSALES v. FITFLOP USA, LLC

No. 3:11-CV-00973-W

## Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing. Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable"(N/A), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, MICHAEL NARKIN, am the Petitioner/Appellant in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following: Wrongful Class Action Settlement based on Collusion, unfairness + excessive attorney fees

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $400 (Part Time) | $0 | $400 |
| Self-employment | $100 | $0 | $100 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |

114

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 969 | $ 0 | $ 969 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| # Other (specify) FOOD Stamps | $ 349 for 2 | $ 0 | $ 349 for 2 | $ 0 |
| Total monthly income: | $ 1418 | $ 400 | $ 1418 | $ 400 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Lane Co. Parks | Eugene, OR | 6-13 – 9-13 | $ 1600 |
| Williamalane | Springfield, OR | 1-14 – 5-14 | $ 800 |

4. Are you presently incarcerated? ____ Yes ✓ No  If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# See Exhibit A

115

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

5. How much cash do you and your spouse have? $ _190.00_

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| Bank of America | checking | $ 150 | $ 90 |
| | | $ | $ |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Home** (Value) | **Other real estate** (Value) | **Other assets** (Value) |
|---|---|---|
| 210,000 gross<br>-280,000 mortgage | 0 | 0 |

| **Other assets** (Value) | **Motor vehicle #1**<br>Make, model & year:<br>Honda Accord 1994<br>Value: 1500.00<br>Registration #:<br>(OR) 978 BXQ | **Motor vehicle #2**<br>Make, model & year:<br>Dodge Truck, 2004<br>Value: 4000.00<br>Registration #:<br>(OR) 536 BKW |
|---|---|---|
| | | |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| **Person, business or organization owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| 0 | 0 | 0 |

**FORM 6.  Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

8. State the persons who rely on you or your spouse for support:

| Initials of Person | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $1778 (not being Paid) | $0 |
| Are real estate taxes included? ___Yes ✓No | | |
| Is property insurance included? ___Yes ✓No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $610 | $0 |
| Home maintenance (repairs and upkeep) | $100 | $0 |
| Food | $460 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry cleaning | $0 | $0 |
| Medical and dental expenses | $50 | $50 |
| Transportation (not including motor vehicle payments) | $50 | $50 |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $84 | $0 |
| Life | $0 | $0 |
| Health | $0 | $0 |
| Motor vehicle | $88 | $0 |
| Other: _____ | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): Property | $333 (not being Paid) | $0 |

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

|  | You | Your spouse |
|---|---|---|
| Installment payments | | |
|    Motor vehicle | $ 0 | $ 0 |
|    Credit card (name): _____ | $ 0 | $ 0 |
|    Department store (name): _____ | $ 0 | $ 0 |
|    Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 3405 | $ 0 |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

___Yes  ✓No     If yes, describe on an attached sheet.

11. Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

___Yes  ✓No     If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

12. Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

___Yes  ✓No     If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

13. Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

I am too poor to even pay the mortgage + the property taxes. We are facing foreclosure

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

14. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? ___ Yes ✓ No   If yes, state the name and docket number of that case.

15. State the address of your legal residence: 85391 Chegern Rd., Eugene, OR 97405

Your daytime phone number: (541) 852-5507
Your age: 67    Your years of schooling: 19

You must sign and date the declaration under penalty of perjury.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answers on this form are true and correct.

5-20-2014
Date

*Michael Narkin*
Petitioner's/Appellant's Signature

cc: _____

## ORDER OF THE COURT

The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee.

_____    _____
Circuit Judge or Clerk        Date

_____    _____
Circuit Judge or Clerk        Date

1.

Exhibit A
CURRENT FOOD STAMP CARD



CARD NUMBER REDACTED / AKR, Deputy Clerk

Nankin
85391 C[...]
Eugene, OR 97405

U.S. POSTAGE PAID
EUGENE, OR 97402
MAY 21, '14
AMOUNT $1.40

Clerk of the U.S. District Court
for the Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101



RECEIVED IN
INTAKE
MAY 27 2014