1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11   CHARLICE ARNOLD, on behalf of        CASE NO. 11-CV-0973 W (KSC)
     herself, all similarly situated and the
12   general public,                       ORDER GRANTING CLASS
                                            MEMBER'S MOTION TO SUBMIT
13                           Plaintiffs,    PERSONAL CLAIM FORM [DOC.
                                            132]
14        v.
15
16   FITFLOP USA, LLC,
17
                             Defendant.

18        Pending before the Court is a motion by Donald Richardson, a class member

19   currently incarcerated in Texas, for leave to submit his personal claim form by filing it

20   in this case.  Mr. Richardson seeks leave from the claim-filing procedures outlined in this

21   Court's Preliminary Approval Order [Doc. 110] because he contends that the "institution

22   of his residence" requires that "all correspondence of a 'legal' nature must be conducted

23   directly between offenders and 'members of the court.'" (*Mt.* [Doc. 132], at p.1.)

24        Having reviewed the moving papers and good cause appearing, the Court

25   **GRANTS** the motion [Doc. 132] and **ORDERS**:

26        1.   The Clerk shall forward Mr. Richardson's motion [Doc. 132] to Plaintiff's

27             counsel, who shall forward Mr. Richardson's personal claim to the

28             Settlement Administrator for processing.

1

2.      For purposes of determining whether the Mr. Richardson's claim form was

2              timely, the claim form shall be construed to have been submitted on June

3              22, 2014.

4       **IT IS SO ORDERED.**

5

6    DATED: July 18, 2014

7                                                      _____

8                                                      Hon. Thomas J. Whelan
                                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28