FILED

SEP 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLICE ARNOLD, On Behalf of Herself, All Others Similarly Situated, and the General Public,<br><br>    Plaintiff - Appellee<br><br>and<br><br>FITFLOP USA, LLC,<br><br>    Defendant - Appellee,<br><br> v.<br><br>MICHAEL NARKIN,<br><br>    Objector - Appellant. | No. 14-55880<br><br>D.C. No. 3:11-cv-00973-W-KSC<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: CLIFTON and NGUYEN, Circuit Judges.

 Appellant's motion to proceed in forma pauperis is denied because we find that appellant is not indigent. Accordingly, within 21 days after the date of this order, appellant shall pay $505.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Otherwise, the appeal will be dismissed by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

AC/MOATT

If appellant pays the fees, the opening brief will be due November 10, 2014; the answering brief will be due December 10, 2014; and the optional reply brief will be due within 14 days after service of the answering brief.