UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLICE ARNOLD, On Behalf of Herself, All Others Similarly Situated, and the General Public, <br><br>          Plaintiff - Appellee, <br><br> MICHAEL NARKIN, <br><br>          Objector - Appellant, <br><br>   v. <br><br> FITFLOP USA, LLC, <br><br>          Defendant - Appellee. | No. 14-55880 <br><br> D.C. No. 3:11-cv-00973-W-KSC <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk